CONSTANCE HURLEY, Appellant, v. EDWARD R. TOLFREE et al., Respondents.— In a taxpayer's action to set aside a deed, executed by the County of Suffolk to the former owner of the lands under section 46 of the Suffolk County Tax Act (L. 1920, ch. 311, as amd. by L. 1929, ch. 152), on the ground that the consideration therefor was less than that provided by statute; to charge the defendant county supervisors with the difference in amounts, and for other relief, judgment was entered in favor of defendants after trial. Judgment unanimously affirmed, with one bill of costs. Appellant's proposed findings Nos. 15 to 22, inclusive, are hereby found. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

In the Matter of BORO RENDEZVOUS, INC., et al., Respondents, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.— Proceeding under article 78 of the Civil Practice Act to review a determination of the State Liquor Authority which denied the application of the petitioners, two New York corporations, for renewals of liquor licenses on the ground that their principal stockholder is not a fit and proper person to hold a license. The State Liquor Authority appeals from the order made at Special Term which annuls its determination and, in effect, grants the licenses. Order reversed on the law, without costs, proceeding dismissed, without costs, and determination of the State Liquor Authority confirmed. In our opinion, the determination of the State Liquor Authority is not arbitrary or capricious but is based on substantial evidence. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.